# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-24-00125-JD |
| ) | |
| OLUKAYODE ADURAGBENRO OJO, ) | |
| ) | |
| Defendant. ) | |

## JURY QUESTIONS, RESPONSES, AND NOTES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-24-00125-JD |
| ) | |
| OLUKAYODE ADURAGBENRO OJO, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

You are to take your lunch break in the jury deliberation room. In accordance with the Guide to Judiciary Policy, Vo. 4, § 365.60.20(a), the Court directs the Clerk to provide lunch for the jury in this case, which has been charged and is deliberating.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

We, the jury, being duly sworn and upon our oaths, have come to a unanimous verdict.

8·16·2024
Date

███████████████

Foreperson of the Jury